In the Matter of MARY F. HOGAN, Appellant, against THE NEW YORK STATE TEACHERS RETIREMENT SYSTEM et al., Respondents.

(Argued June 3, 1935; decided July 11, 1935.)

*John T. Norton* and *Abbott H. Jones* for appellant.

*Harold J. Hinman* and *Raymond F. Allen* for respondents.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Patrick H. Clune* of counsel), for State Employees' Retirement Board, *amicus curiœ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. HUBBS, J., taking no part.